UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAGGEH OUSMAN,

                Petitioner,

v.

ELAINE DUKE, et al.,

                Respondents.

Case No. C17-1014-JLR-MAT

ORDER FOR JOINT STATUS REPORT

Petitioner brought this 28 U.S.C. § 2241 immigration habeas action to obtain release from allegedly indefinite detention in violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*See* Dkt. 1.) On August 14, 2017, the Government moved to dismiss, arguing that petitioner's detention was not indefinite. (Dkt. 10.) On August 25, 2017, the Government notified the Court that it had obtained a travel document and planned to remove petitioner to The Gambia on September 12, 2017. (Dkts. 12 & 12-1.) Petitioner, who is represented by counsel, did not respond to the Government's motion to dismiss. Given the foregoing, the Court finds and ORDERS:

(1) By **September 29, 2017**, the parties shall file a joint status report addressing whether petitioner has been removed and, if so, whether the parties agree that this matter is moot.

(2) The Clerk is directed to RE-NOTE the Government's motion to dismiss (Dkt. 10)

ORDER FOR JOINT STATUS REPORT - 1

for September 29, 2017, and to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this <u>15th</u> day of September, 2017.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

ORDER FOR JOINT STATUS REPORT - 2